IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY TOWNSEND, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv218-MHT |
| | ) | (WO) |
| NATIONAL CART CORPORATION | ) | |
| and WIN-HOLT EQUIPMENT | ) | |
| CORPORATION, | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (doc. no. 47), it is the ORDER, JUDGMENT, and DECREE of the court that defendant National Cart, LLC d/b/a National Cart Company (incorrectly named in the complaint as "National Cart Corporation") is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against defendant Win-Holt Corporation and the intervenor's claims remain pending.

It is further ORDERED that defendant National Cart Corporation's motion to dismiss (doc. no. 24) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 10th day of May, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE