IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY TOWNSEND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:17cv218-MHT (WO) |
| WIN-HOLT EQUIPMENT CORPORATION, | ) ) ) | |
| Defendant. | ) | |
| | | |
| WAL-MART ASSOCIATES, INC., | ) ) | |
| Intervenor Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:17cv218-MHT (WO) |
| WIN-HOLT EQUIPMENT CORPORATION, | ) ) ) | |
| Intervenor Defendant. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 61), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear its own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of October, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE